COURT OF APPEALS OF VIRGINIA


Present:  Judges Felton, Kelsey and Senior Judge Willis
Argued at Richmond, Virginia


ARTHUR C. KREIGER, II
                                        MEMORANDUM OPINION
v.    Record No. 0408-00-2                  PER CURIAM
                                         JUNE 10, 2003
COMMONWEALTH OF VIRGINIA


           FROM THE CIRCUIT COURT OF THE CITY OF PETERSBURG
                     James F. D'Alton, Jr., Judge

              Arthur C. Kreiger, II, pro se.

              (Louis A. Rosenstock, III, Special Assistant
              City Attorney, on brief), for appellee.
              Appellee submitting on brief.


     Arthur C. Kreiger, II, appeals the trial court's denial of

his motion for court-appointed counsel and copies of transcripts

for his defense of a contempt proceeding.[1]  In Kreiger v.

Commonwealth, 38 Va. App. 569, 567 S.E.2d 557 (2002) (en banc),

we held that Kreiger's contempt proceeding was civil in nature

and thus he was not entitled to transcripts or court-appointed

counsel on appeal.  Both the rationale and the holding of our en

banc decision apply to Kreiger's request for court-appointed

_____

     [1] Kreiger's pro se appeal brief raises other issues that
were not presented to the trial court.  Finding no basis for
invoking the ends of justice or good cause exceptions to Rule
5A:18, we do not address these procedurally defaulted issues.

counsel and transcripts in the trial court.  As a result, we affirm for the reasons stated in our <u>en</u> <u>banc</u> opinion.

<u>Affirmed.</u>